IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PHARMERICA LONG-TERM CARE, INC., f/k/a PHARMERICA, INC., | § § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 3:09-CV-130-L |
| GOLDENLIFE SENIOR CARE, INC., d/b/a VERANDA PLACE, | § § § § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff's Motion to Enforce Settlement Agreement and for Entry of Agreed Judgment, filed March 20, 2012. Defendant Goldenlife Senior Care, Inc. d/b/a Veranda Place did not file a response. The case was referred to Magistrate Judge Irma C. Ramirez, who entered Findings, Conclusions, and Recommendation of the United States Judge ("Report") on November 5, 2012, recommending that the motion be granted. The Report also recommended that the court enter the agreed judgment executed between the parties for the full amount owed to Plaintiff less any payments made under the Settlement Agreement. The agreed judgment also adds Crescent Senior Care, LLC as a defendant to this action. No objections to the Report were filed.

Having reviewed the motion, brief, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, Plaintiff's Motion to Enforce Settlement Agreement and for Entry of Agreed Judgment is **granted.** Furthermore, the court will

**enter** the agreed judgment in favor of Plaintiff for the full amount owed less any payments made under the Settlement Agreement.

    **It is so ordered** this 4th day of December, 2012.

                                                  Sam A. Lindsay
                                                  United States District Judge